IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02841-REB-MEH

DAVID HOOKER,

      Movant.

EPCO HOLDINGS, INC.,

      Plaintiff,

v.

ENSERCA, LLC, and
ENSERCA ENGINEERING, LLC,

      Defendants and Third Party Plaintiffs,

v.

MANUEL GALLEGOS, and
SIERRA CONSULTING GROUP, INC.,

      Third Party Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 22, 2010.**

      Petitioners Enserca LLC and Enserca Engineering, LLC's Motion for Leave to File Amended Response to David Hooker's Motion to Quash Subpoena to Produce Documents [filed December 21, 2010; docket #12] is **granted**. In the interests of justice and a complete record of briefing, the Court directs the Clerk of Court to enter the Amended Response located at docket #12-1.[1]  Mr. Hooker may submit his reply on or before **January 6, 2011**.

---

      [1]The Court notes that the Amended Response exceeds the page limitation set forth in Judge Blackburn's Practice Standards; however, in the interests of a consistent adjudication of this matter and the related cases, the Court accepts the Amended Response for filing as is.